# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br>A single-story wooden structure with off white colored walls, all outbuildings, structures and vehicles on the property located at the GPS coordinates N 35 19' 47" W 109 04'42" in Lupton, Arizona. | Case No. 25-4440 MB CDB<br><br>**SEALED** |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of <u>Arizona.</u>
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B**.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before   November 2, 2025                              .
                                                                                              *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge.

_____.
                *(name)*
☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (*check the appropriate box*)     ☐ for  days (*not to exceed 30*)
                                                                       ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____    *Camille D. Bibles*  Digitally signed by Camille D. Bibles
                                                                                         Date: 2025.10.19 09:54:01 -07'00'
                                                                                     *Judge's signature*

City and State: _____      Honorable Camille D. Bibles, U.S. Magistrate Judge
                                                                          *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory Made in the Presence of:

Inventory of the property taken and name of any person(s) seized:

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

## ATTACHMENT A

### *Property to be Searched*

The **Subject Premises** and property to be searched is located at N 35 19' 47" W 109 04'42" in Lupton, Arizona, within the exterior boundaries of the Navajo Nation Indian Reservation, further described as a single-story wooden structure with off white colored walls. In addition to the main residence, any outbuildings, or structures, as well as all vehicles located within the curtilage of the property (set forth in the photograph below).





## ATTACHMENT B

### *Items to be seized*

1. Evidence of kidnapping to include female clothing and related articles of clothing such as undergarments, shoes, and other personal effects belonging to the victim.

2. Any cellular telephone or other forms of electronic storage devices, which may memorialize and provide evidence of the activities involved in the alleged crime. (Additional search warrants will be sought to search any seized devices.)

3. Any weapons, to include, but not limited to, axes, knives and hammers.

4. Indicia of occupancy and/or ownership of the home and vehicles, including mail (*e.g.*, bills) showing a person's address; ownership documents such as deeds, tax documents, or bills of sale; leases or rental documents; identification cards; and photographs of the owners and/or occupants at or within the Subject Premises.

5. Any and all drugs or other substances that could be administered to cause an altered mental state.

6. Swabs of any potential biological material, and collection of potential fingerprint evidence.

7. Photographs and/or video of the residence and the things seized.